IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET REMEDIOS,             No. Misc. S-05-0482-MCE-CMK

       Petitioner,

  vs.                             <u>ORDER</u>

WELLS FARGO BANK, et al.,

       Respondents.

_____/

       Petitioner, who is proceeding pro se, brings the instant action to quash an Internal Revenue Service summons issued to respondent Wells Fargo Bank. On December 13, 2005, respondent United States of America filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6). That motion was noticed for hearing on February 8, 2006, at 10:00 a.m. in Redding, California. The parties are advised that the undersigned hears law and motion matters on Tuesdays. Respondent's motion will, therefore, be heard on Tuesday, February 14, 2006, at 10:00 a.m. in Redding, California. Petitioner's opposition, if any, to respondent's motion will be due 14 days preceding this hearing date. The court refers the parties to Eastern District of California Local Rule 78-230 for more information regarding law and motion practice in this court.

1  Accordingly, IT IS HEREBY ORDERED that respondent the United States of
2  America's motion to dismiss, filed on December 13, 2005, is rescheduled for hearing before the
3  undersigned on February 14, 2006, at 10:00 a.m. in Redding California.

5  DATED: December 16, 2005.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE