IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET REMEDIOS,                           No. Misc. S-05-0482-MCE-CMK

    Petitioner,

  vs.                                                              ORDER

WELLS FARGO BANK, et al.,

    Respondents.

_____/

        Petitioner, who is proceeding pro se, brings the instant action to quash an Internal Revenue Service summons issued to respondent Wells Fargo Bank. Pending before the court are respondent United States' motion to dismiss (Doc. 4) and petitioner's motion for summary judgment (Doc. 8). Respondent's motion is set for hearing on February 14, 2006, before the undersigned in Redding, California. Petitioner's motion for summary judgment has not been set for hearing.

        The court finds that these matters are appropriate for submission on the papers currently on file without oral argument. See Local Rule 78-230(h).

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that the February 14, 2006, hearing
2  date is vacated and the currently pending matters are submitted on the briefs currently on file
3  without oral argument.

5  DATED: February 9, 2006.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE