IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET REMEDIOS,                              No. Misc. 2:05-0482-MCE-CMK

        Petitioner,

   v.                                            ORDER

WELLS FARGO BANK, et al.,

        Respondents.

_____/

    Petitioner, who is proceeding pro se, brings the instant action to quash an Internal Revenue Service Summons issued to Respondent Wells Fargo Bank. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On May 11, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to the parties that any Objections to the Findings and Recommendations were to be filed within ten (10) days. No Objections have been filed.

1

1    The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 magistrate judge's analysis.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1.   The Findings and Recommendations filed May 11, 2006,
6 are adopted in full;
7    2.   Respondent United States' Motion to Dismiss is granted;
8    3.   Petitioner's Motion for Summary Judgment is denied;
9    4.   This action is dismissed; and
10   5.   The Clerk of the Court is directed to enter Judgment
11 and close this file.
12 DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2